RICHARD GIBBONS, Surviving Partner of the Firm of M. GIBBONS & SON, Respondent, *v* THE BUSH COMPANY, LIMITED, Appellant.

*Gibbons* v. *Bush Co.*, 52 App. Div. 211, affirmed.
(Argued November 25, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

June 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict.

*Frederic R. Kellogg* for appellant.

*James C. Cropsey* and *De Witt Bailey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.